IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                           PLAINTIFF

v.                                          Civil No. 4:17-cv-04073

SHERIFF BOBBY WALRAVEN,
Little River County, Arkansas; ZANE
BUTLER, Task Force Agent; and
TIMOTHY GARNER, Little River
Sheriff's Office                                                                                            DEFENDANTS

## ORDER

Plaintiff Jermain D. Lewis proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendant Zane Butler's Motion to Compel. (ECF No. 39). Plaintiff has not responded.

In his motion Defendant Butler states he first mailed Interrogatories and Requests for Production of Documents to Plaintiff on July 23, 2018. Pursuant to Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A), Plaintiff's responses were due on August 22, 2018. Plaintiff did not respond to Defendant Butler's discovery requests. On August 28, 2018, a good faith letter was sent to Plaintiff along with another copy of the discovery that was originally propounded on July 23, 2018. To date, Plaintiff has not responded to Defendant Butler's discovery requests.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 39) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00**

**p.m. on Tuesday, October 9, 2018. Plaintiff is advised that failure to comply with this Order shall result in the dismissal of this case.**

**IT IS SO ORDERED this 24th day of September 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE